ACCEPTED
06-16-00063-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/30/2016 11:45:50 AM
DEBBIE AUTREY
CLERK

## NO. 06-16-00063

| STATE OF TEXAS | § | IN THE | FILED IN |
|---|---|---|---|
| | § | | 6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| VS. | § | 6TH COURT | 6/30/2016 11:45:50 AM |
| | § | | DEBBIE AUTREY |
| ANTHONY JOHN LIBERTO | § | OF APPEALS | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ANTHONY JOHN LIBERTO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 13TH Judicial District Court of Navarro County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. ANTHONY JOHN LIBERTO, and numbered D3945.

3.      Appellant was convicted of Theft Over $1500.

4.      Appellant was assessed a sentence of 13 months TDC on 3/30/16.

5.      Notice of appeal was given on 3/31/16..

6.      The clerk's record was filed on 5/27/16; the reporter's record was filed on 5/27/16.

7.      The appellate brief was due on 6/27/16.

8.      Appellant requests an extension of time of 30 days from the due date, i.e. 7/27/16.

9.      No previous extensions to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Appellant's Counsel is self-employed and a sole practitioner. Appellant's Counsel is also a full time professor at Navarro College. Due to counsel's case load and other work and personal obligations, counsel did not have adequate time to research and prepare the issues in this case within the 30 day period. Counsel was working on two other briefs being filed with the courts this week including Ipina v. State, 10-16-00052, and Crenshaw v. State, 06-16-00061.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Damara H. Watkins
Attorney at Law
1541 Princeton Dr.
Corsicana, TX 75110
Tel: (903) 641-2595
Fax: (903) 872-6456

By: /s/
    Damara H. Watkins
    State Bar No. 00787740
    Attorney for ANTHONY JOHN LIBERTO

## CERTIFICATE OF SERVICE

This is to certify that on June 29, 2016, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Navarro County, Navarro County Courthouse, 300 W. 3rd Ave., Corsicana, Texas, by electronic service.

/s/
Damara H. Watkins